IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION


| | | |
|---|---|---|
| ANTOINE MATHENIA, #16860-078 | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv84<br>CRIMINAL ACTION NO. 4:10cr2(1) |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Amos L. Mazzant.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.  It is therefore

ORDERED that the motion to vacate, set aside or correct sentence is DENIED and the case DISMISSED with prejudice.  A certificate of appealability is DENIED.  It is further

ORDERED that all motions by either party not previously ruled on are hereby DENIED.

So ORDERED and SIGNED this 21 day of March, 2013.

_____
Ron Clark, United States District Judge